Roderick WHITE, Appellant,

v.

Tiffany JONES, CO–I, Maximum Security Unit, ADC; John Glasscock, Lt., Maximum Security Unit, ADC, Appellees.

No. 06–3395.

United States Court of Appeals,
Eighth Circuit.

Submitted: June 21, 2007.

Filed: June 28, 2007.

Roderick White, Tucker, AR, pro se.

Ka Tina Rena Hodge, Attorney General's Office, Little Rock, AR, for Appellees.

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Arkansas inmate Roderick White appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. Upon de novo review, *see Koehler v. Brody,* 483 F.3d 590, 596 (8th Cir.2007), we conclude that dismissal was proper, notwithstanding the liberal standard ap-

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern Dis-

trict of Arkansas, adopting the findings and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

plied to pro se complaints, *see Stone v. Harry,* 364 F.3d 912, 914 (8th Cir.2004) (pro se complaints are to be construed liberally but must allege sufficient facts to support claims). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.